AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*  DISTRICT OF  NEVADA

MATTHEW E. STAGER,

      Petitioner,  JUDGMENT IN A CIVIL CASE

V.

           CASE NUMBER: **3:07-cv-00216-LRH-RAM**

JACK PALMER, et al.,

      Respondents.

\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that, on account of the Petitioner's failure to pay the filing fee for this action, and on account of the Petitioner's failure to comply with the Court's June 21, 2007 order (docket #3), this action is DISMISSED WITHOUT PREJUDICE.

  March 12, 2008                           **LANCE S. WILSON**
                                               Clerk

                                      /s/ Kalani Lizares
                                         Deputy Clerk